

# NUMBER 13-12-00772-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLORIA PEREZ,                                                          **Appellant,**

**v.**

BEEVILLE HOUSING AUTHORITY,                              **Appellee.**

### On appeal from the County Court at Law of Bee County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Gloria Perez, appeals the trial court's judgment of eviction entered against appellant in a forcible detainer suit. On January 25, 2012, appellee filed a motion to dismiss the appeal as moot, stating that appellant has voluntarily vacated the subject property.

"The only issue in an action for forcible detainer is the right to actual possession of

the premises, and the merits of title shall not be adjudicated." *Wilhelm v. Fannie Mae*, 349 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, no pet.) (citing Tex. R. Civ. P. 746; *Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785 (Tex. 2006)). Although the failure to supersede a forcible-detainer judgment does not divest a defendant of his right to appeal when the defendant is no longer in possession of the premises, an appeal from the judgment in that case is moot unless the defendant asserts a "potentially meritorious claim of right to current, actual possession." *Marshall*, 198 S.W.3d at 787; *Wilhelm*, 349 S.W.3d at 768.

The Clerk of the Court requested a response from appellant. Appellant has responded that she has vacated the apartment and it is ready for inspection. Absent any assertion of a potentially meritorious claim of right to current, actual possession, we GRANT appellee's motion and DISMISS the appeal as moot. *See Marshall*, 198 S.W.3d at 787; *Wilhelm*, 349 S.W.3d at 768.

PER CURIAM

Delivered and filed the
14th day of February, 2013.